**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RE: ) | |
| ) | |
| BRUCE ALEXANDER GROVE, III ) | Case No.  08-15980-RGM |
| MARCIA RENEE GROVE ) | Chapter 7 |
| ) | |
| _____Debtors ) | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Apple Federal Credit Union<br>PO Box 96099<br>Charlotte, NC 28296 | $3,218.59 |

February 13, 2010                    /s/ Gordon P. Peyton_____
                                     Gordon P. Peyton
                                     Trustee in Bankruptcy
                                     510 King Street, Suite 301
                                     Alexandria, VA 22314
                                     (703) 684-2000
                                     Virginia State Bar #5155